**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

In re:  § Case No. 09-48908
  §
MILENKA IVANOVA  §
NASKO IVANOV  §
  §
  §
Debtors  §

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/28/2009. The undersigned trustee was appointed on 12/28/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,231.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,231.12 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/15/2010 and the deadline for filing government claims was 09/15/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,057.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,057.60, for a total compensation of $1,057.60[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/31/2011            By:   /s/ Horace Fox, Jr.
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1 Exhibit A

| Case No.: | 09-48908 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | Date Filed (f) or Converted (c): | 12/28/2009 (f) |
| For the Period Ending: | 5/31/2011 | | | §341(a) Meeting Date: | 02/04/2010 |
| | | | | Claims Bar Date: | 09/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence 1763 E. Corktree Lane Mount Prospect, IL 60056 | $329,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Single Family Home - Rental Property 1402 Birch Drive Mount Prospect, IL 60056 | $238,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | surrendering | | | | | |
| 3 | Cash on Hand | $50.00 | $0.00 | DA | $0.00 | FA |
| 4 | Checking / Savings Account at: Chase | $5,000.00 | $1,050.00 | DA | $0.00 | FA |
| 5 | Misc Household Goods and Furniture located at - 1763 E. Corktree Lane, Mount Prospect IL 60056 | $500.00 | $500.00 | DA | $0.00 | FA |
| 6 | Personal Clothing of Debtor | $500.00 | $0.00 | DA | $0.00 | FA |
| 7 | 401K @ AT&T | $5,000.00 | $200.00 | DA | $0.00 | FA |
| 8 | 2002 Buick Rendezvous | $5,000.00 | $200.00 | DA | $0.00 | FA |
| 9 | 1997 Chevy Astro Minivan | $2,500.00 | $0.00 | DA | $0.00 | FA |
| 10 | unscheduled whole life policy: Monumental (u) | $0.00 | $4,031.93 | | $4,229.27 | FA |
| Asset Notes: | Monumental Ins. Col.4031.93 | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $1.85 | Unknown |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**
$585,550.00 $5,981.93 $4,231.12 $0.00

**Major Activities affecting case closing:**

Asset is whole life insurance policy.

Claims bar date 9.15.2010

Verified value of Monumental whole life policy. Demand letter sent. Small non exempt equity in car.

10.03.10

Asset notice filed. Assets fully administered.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2         Exhibit A

| **Case No.:** | 09-48908 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | IVANOVA, MILENKA AND IVANOV, NASKO | | **Date Filed (f) or Converted (c):** | 12/28/2009 (f) |
| **For the Period Ending:** | 5/31/2011 | | **§341(a) Meeting Date:** | 02/04/2010 |
| | | | **Claims Bar Date:** | 09/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Reviewed motion to employ counsel 6.9.10

Claims bar date 9.15.10

11.8.10 accountant advised not necessary to file tax return.

File claim objections 1.26.2011.

2.26.11 fr ready to UST>

May be claims objections.  Final report ready check accountant for taxes. 5.09.11.

**Initial Projected Date Of Final Report (TFR):**   09/30/2011         **Current Projected Date Of Final Report (TFR):**   09/30/2011        /s/ HORACE FOX, JR.

HORACE FOX, JR.

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-48908 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | | Checking Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | | Account Title: | |
| For Period Beginning: | 12/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 12/28/2009 to 5/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/17/2011 to 5/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-48908 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | | | Money Market Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | | | Account Title: | |
| For Period Beginning: | 12/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/10/2010 | (10) | Chase Bank | Unscheduled Whole Life Policy | 1221-000 | $4,229.27 | | $4,229.27 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $4,229.37 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.18 | | $4,229.55 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.18 | | $4,229.73 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.17 | | $4,229.90 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.18 | | $4,230.08 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.17 | | $4,230.25 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.18 | | $4,230.43 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.18 | | $4,230.61 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.16 | | $4,230.77 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.18 | | $4,230.95 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.17 | | $4,231.12 |
| | | | **TOTALS:** | | $4,231.12 | $0.00 | $4,231.12 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,231.12 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,231.12 | $0.00 | |

**For the period of 12/28/2009 to 5/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,231.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/10/2010 to 5/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,231.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-48908 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | | Money Market Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | | Account Title: | |
| For Period Beginning: | 12/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/31/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,231.12 | $0.00 | $4,231.12 |

**For the period of 12/28/2009 to 5/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,231.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/28/2009 to 5/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,231.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.12 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 09-48908 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | | | | | Date: | 5/31/2011 |
| Claims Bar Date: | 09/15/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | HORACE FOX<br><br>6 EAST MONROE<br>SUITE 1004<br>CHICAGO IL 60603 | 11/08/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,057.60 | $1,057.60 | $0.00 | $0.00 | $0.00 | $1,057.60 |
|  | SMITH AMUNDSON LLC<br><br>Smith Amundson<br>150 N. Michigan Ave #3300<br>Chicago IL 60601 | 02/20/2011 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
|  | SMITH AMUNDSON LLC<br><br>150 N. Michigan Ave., 3300<br>Chicago IL 60601 | 02/20/2011 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $28.28 | $28.28 | $0.00 | $0.00 | $0.00 | $28.28 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>World Financial Network National Bank As Victoria's Secret<br>PO Box 248872<br>Oklahoma City OK 731248872 | 06/18/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $591.78 | $591.78 | $0.00 | $0.00 | $0.00 | $591.78 |
| 2 | DISCOVER BANK<br><br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | 06/22/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $560.20 | $560.20 | $0.00 | $0.00 | $0.00 | $560.20 |
| 3 | DISCOVER BANK<br><br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | 06/22/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,115.63 | $9,115.63 | $0.00 | $0.00 | $0.00 | $9,115.63 |
| 4 | DISCOVER BANK<br><br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | 06/22/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,635.51 | $14,635.51 | $0.00 | $0.00 | $0.00 | $14,635.51 |

| Case No.: | 09-48908 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | | | | | Date: | 5/31/2011 |
| Claims Bar Date: | 09/15/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO Box 91121<br>Seattle WA 981119221 | 06/23/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,768.50 | $3,768.50 | $0.00 | $0.00 | $0.00 | $3,768.50 |
| 6 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 07/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,994.96 | $4,994.96 | $0.00 | $0.00 | $0.00 | $4,994.96 |
| 7 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 07/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,546.89 | $7,546.89 | $0.00 | $0.00 | $0.00 | $7,546.89 |
| 8 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 07/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,119.36 | $8,119.36 | $0.00 | $0.00 | $0.00 | $8,119.36 |
| 9 | CHASE BANK USA, N.A.<br>PO Box 15145<br>Wilmington DE 198505145 | 07/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,759.18 | $20,759.18 | $0.00 | $0.00 | $0.00 | $20,759.18 |
| 10 | GE MONEY BANK<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 331311605 | 07/21/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,514.14 | $2,514.14 | $0.00 | $0.00 | $0.00 | $2,514.14 |
| 11 | GE MONEY BANK<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 331311605 | 07/21/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,220.00 | $3,220.00 | $0.00 | $0.00 | $0.00 | $3,220.00 |
| 12 | GE MONEY BANK<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 331311605 | 07/21/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,473.24 | $3,473.24 | $0.00 | $0.00 | $0.00 | $3,473.24 |

CLAIM ANALYSIS REPORT

| Case No. | 09-48908 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | Date: | 5/31/2011 |
| Claims Bar Date: | 09/15/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | CHASE BANK USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas Tx 75374 | 08/02/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,774.70 | $1,774.70 | $0.00 | $0.00 | $0.00 | $1,774.70 |
| 14 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 430543025 | 08/25/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $569.24 | $569.24 | $0.00 | $0.00 | $0.00 | $569.24 |
| 15 | C/O SALLIE MAE, INC.<br>220 LASLEY AVE.<br>WILKES BARRE PA 18706 | 08/25/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $147,787.30 | $147,787.30 | $0.00 | $0.00 | $0.00 | $147,787.30 |
| 16 | SALLIE MAE INC, ON BEHALF OF THE DEPARTMENT OF EDUCATION<br>DOE<br>P.O. BOX 740351<br>ATLANTA GA 303740351 | 08/25/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,693.91 | $11,693.91 | $0.00 | $0.00 | $0.00 | $11,693.91 |
| 17 | GREAT LAKES HIGHER EDUCATIONAL LOANS<br>Claims Filing Unit<br>Po Box 8973<br>Madison WI 537088973 | 08/26/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $30,308.58 | $30,308.58 | $0.00 | $0.00 | $0.00 | $30,308.58 |
| **Claim Notes:** | (17-1) student loans | | | | | | | | | | | |
| 18 | CAPITAL RECOVERY III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 331311605 | 08/29/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,134.37 | $2,134.37 | $0.00 | $0.00 | $0.00 | $2,134.37 |
| 19 | CAPITAL RECOVERY III LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 331311605 | 08/29/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,530.40 | $1,530.40 | $0.00 | $0.00 | $0.00 | $1,530.40 |

Page No: 4     Exhibit C

# CLAIM ANALYSIS REPORT

| Case No.: | 09-48908 | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | | | Date: | 5/31/2011 |
| Claims Bar Date: | 09/15/2010 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | AMERICAN EXPRESS CENTURION BANK c o Becket and Lee LLP POB 3001 Malvern PA 193550701 | 09/03/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $501.71 | $501.71 | $0.00 | $0.00 | $0.00 | $501.71 |

**Claim Notes:**   (20-1) CREDIT CARD DEBT

| | | | | | | $278,485.48 | $278,485.48 | $0.00 | $0.00 | $0.00 | $278,485.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Page No: 5        Exhibit C

## CLAIM ANALYSIS REPORT

| Case No.         | 09-48908                        | Trustee Name: | Horace Fox, Jr. |
|------------------|---------------------------------|---------------|-----------------|
| Case Name:       | IVANOVA, MILENKA AND IVANOV, NASKO | Date:      | 5/31/2011       |
| Claims Bar Date: | 09/15/2010                      |               |                 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $28.28 | $28.28 | $0.00 | $0.00 | $0.00 | $28.28 |
| Attorney for Trustee Fees (Other Firm) | $1,800.00 | $1,800.00 | $0.00 | $0.00 | $0.00 | $1,800.00 |
| General Unsecured 726(a)(2) | $275,599.60 | $275,599.60 | $0.00 | $0.00 | $0.00 | $275,599.60 |
| Trustee Compensation | $1,057.60 | $1,057.60 | $0.00 | $0.00 | $0.00 | $1,057.60 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      09-48908
Case Name:     MILENKA IVANOVA
               NASKO IVANOV
Trustee Name:  Horace Fox, Jr.

                    Balance on hand:      $4,231.12

Claims of secured creditors will be paid as follows: NONE

           Total to be paid to secured creditors:      $0.00
                         Remaining balance:      $4,231.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Horace Fox, Trustee Fees | $1,057.60 | $0.00 | $1,057.60 |
| Smith Amundson LLC, Attorney for Trustee Fees | $1,800.00 | $0.00 | $1,800.00 |
| Smith Amundson LLC, Attorney for Trustee Expenses | $28.28 | $0.00 | $28.28 |

    Total to be paid for chapter 7 administrative expenses:      $2,885.88
                         Remaining balance:      $1,345.24

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

    Total to be paid to prior chapter administrative expenses:      $0.00
                         Remaining balance:      $1,345.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

           Total to be paid to priority claims:      $0.00
                       Remaining balance:      $1,345.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $275,599.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $591.78 | $0.00 | $2.90 |
| 2 | Discover Bank | $560.20 | $0.00 | $2.73 |
| 3 | Discover Bank | $9,115.63 | $0.00 | $44.49 |
| 4 | Discover Bank | $14,635.51 | $0.00 | $71.44 |
| 5 | Roundup Funding, LLC | $3,768.50 | $0.00 | $18.39 |
| 6 | Chase Bank USA, N.A. | $4,994.96 | $0.00 | $24.38 |
| 7 | Chase Bank USA, N.A. | $7,546.89 | $0.00 | $36.84 |
| 8 | Chase Bank USA, N.A. | $8,119.36 | $0.00 | $39.63 |
| 9 | Chase Bank USA, N.A. | $20,759.18 | $0.00 | $101.33 |
| 10 | GE Money Bank | $2,514.14 | $0.00 | $12.27 |
| 11 | GE Money Bank | $3,220.00 | $0.00 | $15.72 |
| 12 | GE Money Bank | $3,473.24 | $0.00 | $16.95 |
| 13 | Chase Bank USA,N.A | $1,774.70 | $0.00 | $8.66 |
| 14 | Discover Bank | $569.24 | $0.00 | $2.78 |
| 15 | C/O SALLIE MAE, Inc. | $147,787.30 | $0.00 | $721.37 |
| 16 | SALLIE MAE INC, ON BEHALF OF THE | $11,693.91 | $0.00 | $57.08 |
| 17 | Great Lakes Higher Educational Loans | $30,308.58 | $0.00 | $147.94 |
| 18 | Capital Recovery III LLC | $2,134.37 | $0.00 | $10.42 |
| 19 | Capital Recovery III LLC | $1,530.40 | $0.00 | $7.47 |
| 20 | American Express Centurion Bank | $501.71 | $0.00 | $2.45 |

Total to be paid to timely general unsecured claims: $1,345.24
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |