**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-48908 |
| | § | |
| MILENKA IVANOVA | § | |
| NASKO IVANOV | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 6/23/2011, in Courtroom 644, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/01/2011          By:  /s/ Horace Fox, Jr.
                                        (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-48908 |
| | § | |
| MILENKA IVANOVA | § | |
| NASKO IVANOV | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $4,231.30
*and approved disbursements of*  $0.00
*leaving a balance on hand of[1]:*  $4,231.30

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $4,231.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Horace Fox, Trustee Fees | $1,057.83 | $0.00 | $1,057.83 |
| Smith Amundson LLC, Attorney for Trustee Fees | $1,800.00 | $0.00 | $1,800.00 |
| Smith Amundson LLC, Attorney for Trustee Expenses | $28.28 | $0.00 | $28.28 |

Total to be paid for chapter 7 administrative expenses:  $2,886.11
Remaining balance:  $1,345.19

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,345.19 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,345.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $275,599.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $591.78 | $0.00 | $2.90 |
| 2 | Discover Bank | $560.20 | $0.00 | $2.73 |
| 3 | Discover Bank | $9,115.63 | $0.00 | $44.49 |
| 4 | Discover Bank | $14,635.51 | $0.00 | $71.44 |
| 5 | Roundup Funding, LLC | $3,768.50 | $0.00 | $18.39 |
| 6 | Chase Bank USA, N.A. | $4,994.96 | $0.00 | $24.38 |
| 7 | Chase Bank USA, N.A. | $7,546.89 | $0.00 | $36.84 |
| 8 | Chase Bank USA, N.A. | $8,119.36 | $0.00 | $39.63 |
| 9 | Chase Bank USA, N.A. | $20,759.18 | $0.00 | $101.32 |
| 10 | GE Money Bank | $2,514.14 | $0.00 | $12.27 |
| 11 | GE Money Bank | $3,220.00 | $0.00 | $15.72 |
| 12 | GE Money Bank | $3,473.24 | $0.00 | $16.95 |
| 13 | Chase Bank USA,N.A | $1,774.70 | $0.00 | $8.66 |

**UST-Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 14 | Discover Bank | $569.24 | $0.00 | $2.78 |
| 15 | C/O SALLIE MAE, Inc. | $147,787.30 | $0.00 | $721.34 |
| 16 | SALLIE MAE INC, ON BEHALF OF THE | $11,693.91 | $0.00 | $57.08 |
| 17 | Great Lakes Higher Educational Loans | $30,308.58 | $0.00 | $147.93 |
| 18 | Capital Recovery III LLC | $2,134.37 | $0.00 | $10.42 |
| 19 | Capital Recovery III LLC | $1,530.40 | $0.00 | $7.47 |
| 20 | American Express Centurion Bank | $501.71 | $0.00 | $2.45 |

Total to be paid to timely general unsecured claims: $1,345.19
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By:  /s/ Horace Fox, Jr.

**UST-Form 101-7-NFR (10/1/2010)**

                                          Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-48908-PSH
Milenka Ivanova                                                         Chapter 7
Nasko Ivanov
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: ccabrales              Page 1 of 2           Date Rcvd: Jun 02, 2011
                             Form ID: pdf006              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2011.
db/jdb       +Milenka Ivanova,    Nasko Ivanov,    1763 E. Corktree Lane,    Mount Prospect, IL 60056-1859
aty          +Bruce E de'Medici,    Belongia, Shapiro & Franklin, LLP,    20 S. Clark Street,    Suite 300,
               Chicago, IL 60603-1896
aty          +John J Lynch,    Law Offices of John J Lynch, P.C.,    801 Warrenville Road, Suite 152,
               Lisle, IL 60532-1396
aty          +William S Hackney, III,    SmithAmundsen, LLC,    150 North Michigan Avenue,    Suite 3300,
               Chicago, IL 60601-6004
16090930      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14896777     +Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
14896778     +Aurora Loan,    Pob 1706,    Scottsbluff, NE 69363-1706
16039813     +C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
14896779     +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
14896782     +Chase,    PO Box 9001871,    Louisville, KY 40290-1871
14896781      Chase,    Bank One Card Serv,    Westerville, OH 43081
14896780     +Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
15808778      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15942568     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14896783     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
14896785     +CitiBank, NA,    PO Box 790110,    Saint Louis, MO 63179-0110
14896788     +Goalf/Glelsi,    2401 International,    Madison, WI 53704-3121
16048190      Great Lakes Higher Educational Loans,    Claims Filing Unit,    Po Box 8973,
               Madison, WI   53708-8973
17065736     +HSBC Bank Nevada, N.A.(Menards),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
14896789     +Hsbc/Bstby,    Pob 15521,    Wilmington, DE 19850-5521
14896790     +Hsbc/Carsn,    Pob 15521,    Wilmington, DE 19850-5521
14896791     +Hsbc/Menards,    Pob 15521,    Wilmington, DE 19850-5521
16039838      SALLIE MAE INC, ON BEHALF OF THE,    DEPARTMENT OF EDUCATION,    DOE,    P.O. BOX 740351,
               ATLANTA, GA 30374-0351
14896795     +Wfnnb/An Tlr,    Po Box 182273,    Columbus, OH 43218-2273
14896796     +Wfnnb/Vctria,    Po Box 182128,    Columbus, OH 43218-2128
14896797      Wfnnb/Vs,    Po Box 182128,    Columbus, OH 43218-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM Jun 02 2011 22:44:59      Horace Fox, JR,   Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
15734426      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 03 2011 02:03:10
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Victoria's Secret,    PO Box 248872,    Oklahoma City, OK   73124-8872
16057044      E-mail/PDF: rmscedi@recoverycorp.com Jun 03 2011 02:09:34      Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14896786      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 02:05:03      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
15746769      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 03 2011 02:05:03      Discover Bank,
               DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
15875316      E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 01:56:57      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14896787     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2011 02:09:33      Gemb/Lowes,    Po Box 981400,
               El Paso, TX 79998-1400
14896792     +E-mail/Text: bankruptcy@ingdirect.com Jun 02 2011 22:44:31      ING Direct,    PO Box 60,
               Saint Cloud, MN 56302-0060
14896793      E-mail/PDF: cr-bankruptcy@kohls.com Jun 03 2011 02:10:15      Kohls/Chase,    N56 W17000 Ridge,
               Menomonee Fall, WI 53051
15752274      E-mail/PDF: BNCEmails@blinellc.com Jun 03 2011 02:04:47      Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
14896794     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 03 2011 02:10:48      Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 14896784*    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
 District/off: 0752-1          User: ccabrales            Page 2 of 2                   Date Rcvd: Jun 02, 2011
                               Form ID: pdf006            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2011**                          **Signature:**    *Joseph Speetjens*