UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 09-48908
§
MILENKA IVANOVA §
NASKO IVANOV §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $585,550.00 | Assets Exempt: | $31,600.00 |
| Total Distributions to Claimants: | $1,345.32 | Claims Discharged Without Payment: | $447,716.28 |
| Total Expenses of Administration: | $2,886.11 | | |

3) Total gross receipts of $4,231.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,231.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $652,938.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,886.11 | $2,886.11 | $2,886.11 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $236,904.00 | $275,599.60 | $275,599.60 | $1,345.32 |
| **Total Disbursements** | $889,842.00 | $278,485.71 | $278,485.71 | $4,231.43 |

4). This case was originally filed under chapter 7 on 12/28/2009. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2011            By:   /s/ Horace Fox, Jr.
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| unscheduled whole life policy: Monumental | 1221-000 | $4,229.27 |
| Interest Earned | 1270-000 | $2.16 |
| **TOTAL GROSS RECEIPTS** | | **$4,231.43** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aurora Loan | 4110-000 | $296,118.00 | NA | $0.00 | $0.00 |
| | Chase | 4110-000 | $55,700.00 | NA | $0.00 | $0.00 |
| | CitiBank, NA | 4110-000 | $71,500.00 | NA | $0.00 | $0.00 |
| | ING Direct | 4110-000 | $229,620.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$652,938.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,057.83 | $1,057.83 | $1,057.83 |
| Smith Amundson LLC, Attorney for Trustee | 3210-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| Smith Amundson LLC, Attorney for Trustee | 3220-000 | NA | $28.28 | $28.28 | $28.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$2,886.11** | **$2,886.11** | **$2,886.11** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | $8,520.00 | $9,115.63 | $9,115.63 | $44.50 |
| 4 | Discover Bank | 7100-000 | $14,842.00 | $14,635.51 | $14,635.51 | $71.44 |
| 5 | Roundup Funding, LLC | 7100-000 | NA | $3,768.50 | $3,768.50 | $18.40 |
| 6 | Chase Bank USA, N.A. | 7100-000 | $3,176.00 | $4,994.96 | $4,994.96 | $24.38 |
| 7 | Chase Bank USA, N.A. | 7100-000 | NA | $7,546.89 | $7,546.89 | $36.84 |
| 8 | Chase Bank USA, N.A. | 7100-000 | NA | $8,119.36 | $8,119.36 | $39.63 |
| 9 | Chase Bank USA, N.A. | 7100-000 | $18,155.00 | $20,759.18 | $20,759.18 | $101.33 |
| 10 | GE Money Bank | 7100-000 | NA | $2,514.14 | $2,514.14 | $12.27 |
| 11 | GE Money Bank | 7100-000 | NA | $3,220.00 | $3,220.00 | $15.72 |
| 12 | GE Money Bank | 7100-000 | NA | $3,473.24 | $3,473.24 | $16.95 |
| 13 | Chase Bank USA,N.A | 7100-000 | NA | $1,774.70 | $1,774.70 | $8.66 |
| 15 | C/O SALLIE MAE, Inc. | 7100-000 | NA | $147,787.30 | $147,787.30 | $721.41 |
| 16 | SALLIE MAE INC, ON BEHALF OF THE | 7100-000 | $12,404.00 | $11,693.91 | $11,693.91 | $57.08 |
| 17 | Great Lakes Higher Educational Loans | 7100-000 | NA | $30,308.58 | $30,308.58 | $147.95 |
| 18 | Capital Recovery III LLC | 7100-000 | NA | $2,134.37 | $2,134.37 | $10.42 |
| 19 | Capital Recovery III LLC | 7100-000 | $5,402.00 | $1,530.40 | $1,530.40 | $7.47 |
|  | Chase | 7100-000 | $153.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $7,463.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $2,244.00 | NA | NA | $0.00 |
|  | Citi | 7100-000 | $568.00 | NA | NA | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 1; American Infosource Lp As Agent for) | 7100-001 | $442.00 | $591.78 | $591.78 | $2.90 |
|  | Clerk, US Bankruptcy Court (Claim No. 14; Discover Bank) | 7100-001 | $0.00 | $569.24 | $569.24 | $2.78 |
|  | Clerk, US Bankruptcy Court (Claim No. 2; | 7100-001 | $0.00 | $560.20 | $560.20 | $2.74 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Discover Bank) | | | | | |
| Clerk, US Bankruptcy Court (Claim No. 20; American Express Centurion Bank) | 7100-001 | $501.00 | $501.71 | $501.71 | $2.45 |
| Gemb/Lowes | 7100-000 | $2,233.00 | NA | NA | $0.00 |
| Goalf/Glelsi | 7100-000 | $30,430.00 | NA | NA | $0.00 |
| Hsbc/Bstby | 7100-000 | $1,518.00 | NA | NA | $0.00 |
| Hsbc/Carsn | 7100-000 | $1,125.00 | NA | NA | $0.00 |
| Hsbc/Menards | 7100-000 | $2,117.00 | NA | NA | $0.00 |
| Kohls/Chase | 7100-000 | $1,539.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $44,201.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $40,922.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $30,697.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $4,079.00 | NA | NA | $0.00 |
| Sallie Mae | 7100-000 | $3,624.00 | NA | NA | $0.00 |
| Wfnnb/An Tlr | 7100-000 | $140.00 | NA | NA | $0.00 |
| Wfnnb/Vs | 7100-000 | $409.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $236,904.00 | $275,599.60 | $275,599.60 | $1,345.32 |

Case 09-48908    Doc 46    Filed 09/30/11    Entered 09/30/11 16:06:02    Desc Main
Document      Page 5 of 12

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 09-48908 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | Date Filed (f) or Converted (c): | 12/28/2009 (f) |
| For the Period Ending: | 9/22/2011 | | | §341(a) Meeting Date: | 02/04/2010 |
| | | | | Claims Bar Date: | 09/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single Family Residence 1763 E. Corktree Lane Mount Prospect, IL 60056 | $329,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Single Family Home - Rental Property 1402 Birch Drive Mount Prospect, IL 60056 | $238,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** surrendering | | | | | |
| 3  Cash on Hand | $50.00 | $0.00 | DA | $0.00 | FA |
| 4  Checking / Savings Account at: Chase | $5,000.00 | $1,050.00 | DA | $0.00 | FA |
| 5  Misc Household Goods and Furniture located at - 1763 E. Corktree Lane, Mount Prospect IL 60056 | $500.00 | $500.00 | DA | $0.00 | FA |
| 6  Personal Clothing of Debtor | $500.00 | $0.00 | DA | $0.00 | FA |
| 7  401K @ AT&T | $5,000.00 | $200.00 | DA | $0.00 | FA |
| 8  2002 Buick Rendezvous | $5,000.00 | $200.00 | DA | $0.00 | FA |
| 9  1997 Chevy Astro Minivan | $2,500.00 | $0.00 | DA | $0.00 | FA |
| 10  unscheduled whole life policy: Monumental (u) | $0.00 | $4,031.93 | | $4,229.27 | FA |
| **Asset Notes:** Monumental Ins. Col.4031.93 | | | | | |
| INT  Interest Earned (u) | Unknown | Unknown | | $2.16 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$585,550.00      $5,981.93      $4,231.43      $0.00

**Major Activities affecting case closing:**
Asset is whole life insurance policy.
Claims bar date 9.15.2010

Verified value of Monumental whole life policy. Demand letter sent. Small non exempt equity in car.
10.03.10
Asset notice filed. Assets fully administered.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2          Exhibit 8

| **Case No.:** | 09-48908 | | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | IVANOVA, MILENKA AND IVANOV, NASKO | | | **Date Filed (f) or Converted (c):** | 12/28/2009 (f) |
| **For the Period Ending:** | 9/22/2011 | | | **§341(a) Meeting Date:** | 02/04/2010 |
| | | | | **Claims Bar Date:** | 09/15/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Reviewed motion to employ counsel 6.9.10

Claims bar date 9.15.10

11.8.10 accountant advised not necessary to file tax return.

File claim objections 1.26.2011.

2.26.11 fr ready to UST>

May be claims objections.  Final report ready check accountant for taxes. 5.09.11.

TDR 8.5.11.  Upon getting zero balance, this case is final account ready.

| **Initial Projected Date Of Final Report (TFR):** | 09/30/2011 | **Current Projected Date Of Final Report (TFR):** | 09/30/2011 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-48908 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | | | Checking Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | | | Account Title: | |
| For Period Beginning: | 12/28/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2011 | | Transfer From: # ******8908 | Transfer to Close Account | 9999-000 | $4,231.43 | | $4,231.43 |
| 06/24/2011 | 2 | Horace Fox | Trustee Compensation | 2100-000 | | $1,057.83 | $3,173.60 |
| 06/24/2011 | 3 | Smith Amundson LLC | Final Dividend: 42.53; Amount Allowed: 1,800.00; | 3210-000 | | $1,800.00 | $1,373.60 |
| 06/24/2011 | 4 | Smith Amundson LLC | Final Dividend: 0.66; Amount Allowed: 28.28; | 3220-000 | | $28.28 | $1,345.32 |
| 06/24/2011 | 5 | Clerk, US Bankruptcy Court | Small Dividends | * | | $10.87 | $1,334.45 |
| | | | Claim Amount           $(2.74) | 7100-001 | | | $1,334.45 |
| | | | Claim Amount           $(2.78) | 7100-001 | | | $1,334.45 |
| | | | Claim Amount           $(2.45) | 7100-001 | | | $1,334.45 |
| | | | $(2.90) | 7100-001 | | | $1,334.45 |
| 06/24/2011 | 6 | Discover Bank | Final Claim #: 3; Dividend: 1.05; Amount Allowed: 9,115.63; | 7100-000 | | $44.50 | $1,289.95 |
| 06/24/2011 | 7 | Discover Bank | Final Claim #: 4; Dividend: 1.68; Amount Allowed: 14,635.51; | 7100-000 | | $71.44 | $1,218.51 |
| 06/24/2011 | 8 | Roundup Funding, LLC | Final Claim #: 5; Dividend: 0.43; Amount Allowed: 3,768.50; | 7100-000 | | $18.40 | $1,200.11 |
| 06/24/2011 | 9 | Chase Bank USA, N.A. | Final Claim #: 6; Dividend: 0.57; Amount Allowed: 4,994.96; | 7100-000 | | $24.38 | $1,175.73 |
| 06/24/2011 | 10 | Chase Bank USA, N.A. | Final Claim #: 7; Dividend: 0.87; Amount Allowed: 7,546.89; | 7100-000 | | $36.84 | $1,138.89 |
| 06/24/2011 | 11 | Chase Bank USA, N.A. | Final Claim #: 8; Dividend: 0.93; Amount Allowed: 8,119.36; | 7100-000 | | $39.63 | $1,099.26 |
| 06/24/2011 | 12 | Chase Bank USA, N.A. | Final Claim #: 9; Dividend: 2.39; Amount Allowed: 20,759.18; | 7100-000 | | $101.33 | $997.93 |
| 06/24/2011 | 13 | GE Money Bank | Final Claim #: 10; Dividend: 0.28; Amount Allowed: 2,514.14; | 7100-000 | | $12.27 | $985.66 |
| 06/24/2011 | 14 | GE Money Bank | Final Claim #: 11; Dividend: 0.37; Amount Allowed: 3,220.00; | 7100-000 | | $15.72 | $969.94 |
| 06/24/2011 | 15 | GE Money Bank | Final Claim #: 12; Dividend: 0.40; Amount Allowed: 3,473.24; | 7100-000 | | $16.95 | $952.99 |
| | | | **SUBTOTALS** | | $4,231.43 | $3,278.44 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-48908 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | | Checking Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | | Account Title: | |
| For Period Beginning: | 12/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/24/2011 | 16 | Chase Bank USA,N.A | Final Claim #: 13; Dividend: 0.20; Amount Allowed: 1,774.70; | 7100-000 | | $8.66 | $944.33 |
| 06/24/2011 | 17 | C/O SALLIE MAE, Inc. | Final Claim #: 15; Dividend: 17.04; Amount Allowed: 147,787.30; | 7100-000 | | $721.41 | $222.92 |
| 06/24/2011 | 18 | SALLIE MAE INC, ON BEHALF OF THE | Final Claim #: 16; Dividend: 1.34; Amount Allowed: 11,693.91; | 7100-000 | | $57.08 | $165.84 |
| 06/24/2011 | 19 | Great Lakes Higher Educational Loans | Final Claim #: 17; Dividend: 3.49; Amount Allowed: 30,308.58; | 7100-000 | | $147.95 | $17.89 |
| 06/24/2011 | 20 | Capital Recovery III LLC | Final Claim #: 18; Dividend: 0.24; Amount Allowed: 2,134.37; | 7100-000 | | $10.42 | $7.47 |
| 06/24/2011 | 21 | Capital Recovery III LLC | Final Claim #: 19; Dividend: 0.17; Amount Allowed: 1,530.40; | 7100-000 | | $7.47 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $4,231.43 | $4,231.43 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,231.43 | $0.00 | |
| | | | Subtotal | | $0.00 | $4,231.43 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $4,231.43 | |

| For the period of 12/28/2009 to 9/22/2011 | | For the entire history of the account between 02/17/2011 to 9/22/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,231.43 | Total Internal/Transfer Receipts: | $4,231.43 |
| | | | |
| Total Compensable Disbursements: | $4,231.43 | Total Compensable Disbursements: | $4,231.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,231.43 | Total Comp/Non Comp Disbursements: | $4,231.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-48908 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | IVANOVA, MILENKA AND IVANOV, NASKO | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******8682 | | **Money Market Acct #:** | ******8908 |
| **Co-Debtor Taxpayer ID #:** | ******8683 | | **Account Title:** | |
| **For Period Beginning:** | 12/28/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/22/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/10/2010 | (10) | Chase Bank | Unscheduled Whole Life Policy | 1221-000 | $4,229.27 | | $4,229.27 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.10 | | $4,229.37 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.18 | | $4,229.55 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.18 | | $4,229.73 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.17 | | $4,229.90 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.18 | | $4,230.08 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.17 | | $4,230.25 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.18 | | $4,230.43 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.18 | | $4,230.61 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.16 | | $4,230.77 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.18 | | $4,230.95 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.17 | | $4,231.12 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.18 | | $4,231.30 |
| 06/24/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 6/24/2011 | 1270-000 | $0.13 | | $4,231.43 |
| 06/24/2011 | | Transfer To: # ******8908 | Transfer to Close Account | 9999-000 | | $4,231.43 | $0.00 |

**SUBTOTALS** $4,231.43    $4,231.43

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No. | 09-48908 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | | Money Market Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | | Account Title: | |
| For Period Beginning: | 12/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $4,231.43 | $4,231.43 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $4,231.43 |  |
|  |  |  | **Subtotal** |  | $4,231.43 | $0.00 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $4,231.43 | $0.00 |  |

**For the period of 12/28/2009 to 9/22/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,231.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,231.43 |

**For the entire history of the account between 06/10/2010 to 9/22/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,231.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,231.43 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5       Exhibit 9

| Case No. | 09-48908 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | IVANOVA, MILENKA AND IVANOV, NASKO | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******8682 | Money Market Acct #: | ******8908 |
| Co-Debtor Taxpayer ID #: | ******8683 | Account Title: | |
| For Period Beginning: | 12/28/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/22/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $4,231.43 | $4,231.43 | $0.00 |

**For the period of 12/28/2009 to 9/22/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $4,231.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.43 |
| Total Internal/Transfer Receipts: | $4,231.43 |
| | |
| Total Compensable Disbursements: | $4,231.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,231.43 |
| Total Internal/Transfer Disbursements: | $4,231.43 |

**For the entire history of the case between 12/28/2009 to 9/22/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $4,231.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,231.43 |
| Total Internal/Transfer Receipts: | $4,231.43 |
| | |
| Total Compensable Disbursements: | $4,231.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,231.43 |
| Total Internal/Transfer Disbursements: | $4,231.43 |